

# NUMBER 13-21-00453-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SCI TEXAS FUNERAL SERVICES, LLC
D/B/A FUNERARIA DEL ANGEL
AND ERNESTO ESTRADA,                                    Appellants,

v.

ANA BERTHA GONZALEZ,
ADRIANA GONZALEZ,
BRITTNEY MEDINA, AND
ALEXIS MARIE MEDINA,                                    Appellees.

## On appeal from the 464th District Court
of Hidalgo County, Texas.

# ORDER

Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam

Appellants SCI Texas Funeral Services, LLC d/b/a Funeraria del Angel and Ernesto Estrada have filed a motion for temporary relief in the above-referenced cause through which they request that we stay discovery and all underlying proceedings pending the resolution of its interlocutory appeal under Texas Civil Practice and Remedies Code § 51.016. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016. Counsel for appellees Ana Bertha Gonzalez, Adriana Gonzalez, Brittney Medina, and Alexis Marie Medina indicated they are opposed to the motion, but no response has been filed.

The Court, having examined and fully considered appellants' motion, is of the opinion that appellants' motion for temporary relief should be granted. Accordingly, we grant appellants' motion for temporary relief and we order all trial court proceedings to be stayed pending further order of this Court.

PER CURIAM

Delivered and filed on the
13th day of January, 2022.